RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94941
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL Y. YACOOBALI<br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY BERRYHILL,<br><br>Acting Commissioner for Social Security<br><br>　　　　Defendant | Case No.: 4:19-cv-00682 HSG<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND SUPPORTING MEMORANDUM. |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of twenty-eight (28) days in which to file Plaintiff's Motion for Summary Judgment and supporting memorandum pursuant to Civil L.R. 16-1(e). The motion with supporting memorandum was due on Friday, June 21, 2018. It is now due on Friday, July 19, 2019.

    Plaintiff's counsel has had an increased administrative hearing schedule as the Commissioner has recently started centralized scheduling in this area. Plaintiff's counsel is also in the process of moving his office. We are therefore making this request for additional time. This is Plaintiff's first request for an extension.

//

//

DATED:   June 19, 2019                    Richard Zieman /es/
                                          RICHARD ZIEMAN
                                          Attorney for Plaintiff


DATED:   June 19, 2019   ,                Margaret T. Lehrkind /es/
                                          MARGARET T. LEHRKIND
                                          Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED:  6/20/2019                         *(signature: Haywood S. Gilliam, Jr.)*
                                          HAYWOOD S. GILLIAM, JR.
                                          United States District Judge