DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL YACOOBALI, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL,[1] <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 4:19-cv-00682-HSG <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

      IT IS HEREBY STIPULATED, by and between Ismail Yacoobali (Plaintiff) and Andrew Saul, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 28 days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

August 16, 2019. The new due date will be September 13, 2019. The parties further stipulate that all other dates will be extended accordingly.

This is the first extension of time requested by Defendant in the above-captioned matter. Defendant respectful requests this extension because Defendant's counsel is a new attorney with the Office of General Counsel and requires additional time to research issues raised in Plaintiff's brief. Defendant's counsel also has a planned vacation from August 12th through August 16th. This request is made in good faith with no intention to unduly delay the proceedings. Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on August 7, 2019.

Respectfully submitted,

Dated: August 7, 2019

By: /Richard Zieman/
RICHARD ZIEMAN
Attorney for Plaintiff
(*by email authorization on 8/7/2019)

Dated: August 7, 2019

DAVID L. ANDERSON
United States Attorney

By: /s/Margaret Lehrkind
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

DATED: 8/7/2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Prop. Order for Ext.; 19-00682