RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, SUITE 438
BURLINGAME CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL Y. YACOOBALI <br>     Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br><br> Acting Commissioner for Social Security <br><br>     Defendant | Case No.: 4:19-cv-00682 HSG <br><br> STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGEMENT; ORDER |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of seven (7) days in which to file Plaintiff's reply to Defendant's Cross Motion for Summary Judgment. The response was due on Friday, September 13, 2019. It is now due on Friday, September 20, 2019.

//

//

//

//

//

DATED: September 11, 2019    Richard Zieman /es/
                             RICHARD ZIEMAN
                             Attorney for Plaintiff


DATED: September 11, 2019    Margaret T. Lehrkind /es/
                             MARGARET T. LEHRKIND
                             Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: 9/12/2019    *Haywood S. Gilliam Jr.* (signature)
                    HAYWOOD S. GILLIAM, JR.
                    United States District Judge